IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:15-cv-419-D

| | |
|---|---|
| MARIAN SNOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER EXTENDING TIME TO** |
| ) | **RESPOND TO COMPLAINT** |
| CLIENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on the Motion for Extension of Time to Respond to Complaint filed by Defendant Client Services, Inc. The Court has reviewed the record in this matter and finds there is good cause to allow the motion.

It is therefore ordered that the Motion for Extension of Time to Respond to Complaint filed by Defendant Client Services, Inc. shall be and hereby is allowed and Client Services, Inc. shall have until and including November 10, 2015, to serve a response to the Complaint in this action.

This the 21st day of October, 2015.

_[signature]_
for JULIE RICHARDS JOHNSTON, Clerk of Court